# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 27, 2013

_____

## DOCKET CORRECTION NOTICE
_____

No. 10-6,   <u>US v. Alejandro Umana</u>
3:08-cr-00134-RJC-2

TO:   Vincent James Brunkow
Malcolm Ray Hunter

SEALED DOCUMENT CORRECTION DUE:  July 1, 2013

Please make the correction identified below by the due date indicated.

[**X**] <u>Public and Sealed Versions of Document</u> : You must file both a sealed version and a public version of the document. The sealed version must have sealed material highlighted, and the public version must have sealed material redacted.

[ ] <u>Motion to Seal</u>: If it is necessary to file the entire document under seal and not possible to prepare a redacted version, you must file a motion to seal the document (**MOTION / seal**), explaining why sealing is necessary and why a redacted version cannot be prepared.

[**X**] <u>Separate Service of Sealed Document</u>: Sealed documents or motions must be served on opposing counsel in paper form since they are not accessible to counsel through CM/ECF.

RJ Warren, Deputy Clerk
804-916-2702